ADAM WANG Bar. No. 201233
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 613
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0248
waqw@sbcglobal.net

Attorney for Plaintiffs
Francisco Cervantes, Jose Lopez, Ramon Ramos, and Jorge Lopez

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CERVANTES, ET AL. | Case No: C08-3817 JW |
| Plaintiffs, | DEMAND FOR JURY TRIAL |
| vs. | |
| MANDARIN GOURMET, E AL | |
| Defendants | |

Plaintiffs demand a jury trial of causes of action alleged in their Complaint.

Dated:  August 10, 2008                                                    By:  /s/ Adam Wang
                                                                                                     Adam Wang
                                                                                          Attorney for Plaintiffs

JURY DEMAND