1  Kassra P. Nassiri (SBN 215405)
   Charles H. Jung (SBN 217909)
2  NASSIRI & JUNG LLP
   251 Kearny Street, Suite 501
3  San Francisco, California 94108
   Telephone Number: (415) 373-5699
4  Facsimile Number (415) 534-3200
   knassiri@nassiri-jung.com
5  cjung@nassiri-jung.com

6  Attorneys for Defendants

**GRANTED**
*Judge James Ware*
10/14/2008

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CERVANTES, JOSE LOPEZ, RAMON RAMOS, and JORGE LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>LIU CHENG INC., dba MANDARIN GOURMET, CHENG LI CHIN, LIN JEAN, LIU HAI PING, and DOES 1-10,<br><br>Defendants. | Case No. CV-08-03817 JW (PVT)<br><br>**STIPULATION RE RESPONSE TO COMPLAINT** |

WHEREAS Plaintiffs Francisco Cervantes, Jose Lopez, Ramon Ramos and Jorge Lopez (collectively, "Plaintiffs") filed a complaint on August 11, 2008, in the above-captioned matter against Liu Cheng Inc., Cheng Li Chin, Lin Jean and Liu Hai Ping (collectively, "Defendants");

WHEREAS Plaintiffs and Defendants have agreed to an extension of time for Defendants to move, plead, or otherwise respond to the Complaint to October 7, 2008;

WHEREAS pursuant to Local Rule 6-1(a), " Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or

to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order. Such stipulations shall be promptly filed pursuant to Civil L.R. 5."

NOW THEREFORE IT IS STIPULATED AND AGREED THAT:

1. The deadline for defendants Liu Cheng Inc., Cheng Li Chin, Lin Jean and Liu Hai Ping to move, plead, or otherwise respond to the complaint shall be extended to and including October 7, 2008.

2. Nothing in this agreement shall be construed to prejudice or limit any party's rights to make or oppose any application or motion in the future, including any challenge of personal jurisdiction over any defendant.

DATED: September 9, 2008

Kassra P. Nassiri
NASSIRI & JUNG LLP

Attorneys for Defendants

DATED: September 9, 2008

Adam Wang
LAW OFFICES OF ADAM WANG

/s/ Adam Wang

Attorneys for Plaintiffs