

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CERVANTES, ET AL.<br><br>            Plaintiffs,<br><br>      vs.<br><br>LIU CHENG, INC., ET AL.<br><br>            Defendants | Case No: C08-3817 JW<br><br>**ORDER DENYING STIPULATION TO CONTINUE THE DEADLINE TO FILE THIRD AMENDED COMPLAINT** |

   Presently before the Court is the parties' Stipulation to Continue Deadline for Plaintiffs to file their Third Amended Complaint which was due on **June 15, 2009** pursuant to the Court's May 28, 2009 Order.  (See Docket Item No. 30.)  The Court DENIES this Stipulation because (1) the Stipulation was filed on June 19, 2009, four days *after* the deadline for filing the Third Amended Complaint had passed and (2) although Plaintiffs' counsel may have had a computer problem, there is no excuse for not being able to file the Third Amended Complaint as a *separate* docket entry since the Third Amended Complaint was attached as Exhibit 1 of Plaintiffs' Motion for Leave.  (See Docket Item No. 26.)

   Accordingly, the Court ORDERS that Plaintiffs' counsel file his Third Amended Complaint by June 19, 2009.  Failure to do so may warrant sanctions.

Dated:  June 19, 2009

_____
JAMES WARE
United States District Judge