KASSRA P. NASSIRI (SBN 215405)
knassiri@nassiri-jung.com
D. AUSTIN HARE (SBN 261694)
ahare@nassiri-jung.com
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California 94108
Telephone Number: (415) 373-5699
Facsimile Number (415) 534-3200

Attorneys for Defendants LIU CHENG, INC., dba MANDARIN GOURMET, SCOTT LIN, CHENG LI CHIN, LIN JEAN, and LIU HAI PING

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO CERVANTES, JOSE LOPEZ, RAMON RAMOS and JORGE LOPEZ,

Plaintiffs,

vs.

LIU CHENG, INC., dba MANDARIN GOURMET, SCOTT LIN, CHENG LI CHIN, LIN JEAN and LIU HAI PING,

Defendants.

**Case No. C08-03817 JW PVT**

**STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION AND [~~PROPOSED~~ Granted] ORDER**

Judge: Honorable James Ware

Action Filed: August 11, 2008
Trial Date: TBD

WHEREAS on June 19, 2009, this Court issued an Order Selecting ADR Process, setting August 21, 2009, as the last day for the parties to complete Court-sponsored mediation, (*see* Case Mgmt. Sched. Order at 1);

WHEREAS Plaintiffs Francisco Cervantes, Jose Lopez, Ramon Ramos, and Jorge Lopez ("Plaintiffs") and Defendants Liu Cheng, Inc., dba Mandarin Gourmet, Scott Lin, Cheng Li

Chin, Lin Jean, and Liu Hai Ping ("Defendants") agreed to have mediation before Mediator Carol Webster Millie;

WHEREAS the parties have not submitted any prior request for order extending time for mediation;

WHEREAS Plaintiffs and Defendants have attempted to schedule mediation to take place before Mediator Millie during various dates before the deadline but found either that all parties were not available on the same dates or that Mediator Millie was not available on the same dates the parties were available;

WHEREAS the next available date on Mediator Millie's calendar on which the parties and their counsel are available to begin mediation is September 2, 2009;

WHEREAS Mediator Millie has approved September 2, 2009, as a possible date to hold mediation with the parties and their counsel;

WHEREAS the scheduling of the mediation to take place on September 2, 2009, shall in no way interfere with the progress of discovery or other aspects of the litigation and shall bear no impact upon any of the other dates set forth in this Court's Amended Scheduling Order, (*see* Am. Sched. Order at 2);

THEREFORE, pursuant to Civil Local Rule 6-2, the parties stipulate to an extension of time to complete mediation from August 21, 2009, to September 18, 2009, and respectfully request that the Court modify its Order Selecting ADR Process accordingly. *See* N.D. Cal. Civ. R. 6-2.

Respectfully submitted,

DATED: August 10, 2009

Adam Wang
LAW OFFICES OF ADAM WANG

By: Adam Wang
Adam Wang

Attorneys for Plaintiffs
FRANCISCO CERVANTES
JOSE LOPEZ
RAMON ROAMOS
JORGE LOPEZ

DATED: August 11, 2009

D. Austin Hare
NASSIRI & JUNG LLP

By: ______________________
D. Austin Hare

Attorneys for Defendants
LIU CHENG, INC., dba
MANDARIN GOURMET
SCOTT LIN
CHENG LI CHIN
LIN JEAN
LIU HAI PING

**ORDER**

Pursuant to the stipulation, and good cause appearing, this Court hereby **GRANTS** the parties' request and **MODIFIES** the deadline to complete mediation as set forth in the June 19, 2009 Order Selecting ADR Process from August 21, 2009, to _ September 18 _, 2009.

**IT IS SO ORDERED.**

DATED: August 17, 2009

Hon. James Ware
United States District Judge