ADAM WANG, Bar. No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
adamqwang@gmail.com

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CERVANTES, JOSE LOPEZ, RAMON RAMOS, and JORGE LOPEZ<br><br>Plaintiffs,<br><br>vs.<br><br>LIU CHENG INC., dba MANDARIN GOURMET, CHENG LI CHIN, LIN JEAN, LIU HAI PING, and DOES 1-10<br><br>Defendants | Case No.: C08-3817 JW(PVT)<br><br>**STIPULATION & ORDER TO CONTINUE DEADLINE FOR IN-PERSON MEET-AND-CONFER TO SEPTEMBER 17, 2009** |

The parties, through their respective counsel, hereby stipulate as follows:

1. On August 5, 2009, Plaintiffs filed a Motion to Compel Production of Documents and Motion to Compel Further Responses to Interrogatories.

2. On September 3, 2009, this Court issued an Interim Order directing the parties to further meet and confer in person concerning the disputes in these Motions. The Court specified that such meet-and-confer should take place no later than September 15, 2009.

3. Because Plaintiffs' counsel is based in San Jose, and Defendants' counsel is based in San Francisco, and due to an abundance of scheduling conflicts, counsel have found that they are not available on the same dates up to and including September 15, 2009.

4. However, the parties have agreed to hold the deposition of Defendant Scott Lin on September 17, 2009.

---

**STIPULATION TO CONTINUE DEADLINE TO MEET AND CONFER**
Cervantes, et al v. Liu Cheng Inc., et al.        1              C08-3817 JW (PVT)

1    5.  As such, and for reasons of economy and efficiency, the parties stipulate, and
respectfully request that the Court grant permission, to conduct the in-person meet-and-confer on September 17, 2009.

Dated: September 14, 2009                    By: /s/ ADAM WANG
                                                  Adam Wang
                                                  Attorney for Plaintiffs


Dated: September 14, 2009                    By: /s/ D. AUSTIN HARE
                                                  D. Austin Hare
                                                  Attorney for Defendants

**STIPULATION TO CONTINUE DEADLINE TO MEET AND CONFER**
Cervantes, et al v. Liu Cheng Inc., et al.     2            C08-3817 JW (PVT)

**ORDER**

Good cause appearing, the Court **HEREBY GRANTS** the parties' stipulated request to extend the deadline for an in-person meet-and-confer over Plaintiffs' Motions to Compel Production of Documents and Further Responses to Interrogatories to September 17, 2009.

**IT IS SO ORDERED.**

Dated:  *10/2*, 2009                       By: *Patricia V. Trumbull*
                                               Patricia V. Trumbull
                                               United States Magistrate Judge