Kassra P. Nassiri (SBN 215405)
knassiri@nassiri-jung.com
D. Austin Hare (SBN 261694)
ahare@nassiri-jung.com
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California 94108
Telephone Number: (415) 373-5699
Facsimile Number (415) 534-3200

Attorneys for Defendants LIU CHENG, INC., dba MANDARIN GOURMET, SCOTT LIN, CHENG LI CHIN,
LIN JEAN, and LIU HAI PING

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO CERVANTES, JOSE LOPEZ, RAMON RAMOS and JORGE LOPEZ,

Plaintiffs,

vs.

LIU CHENG, INC., dba MANDARIN GOURMET, SCOTT LIN, CHENG LI CHIN, LIN JEAN and LIU HAI PING,

Defendants.

**Case No. C08-03817 JW PVT**

**STIPULATION AND ORDER RE PLAINTIFFS' MOTIONS TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS, AND MOTION FOR SANCTIONS**

Judge: Honorable Patricia V. Trumbull

Action Filed: August 11, 2008
Trial Date: March 10, 2009

WHEREAS on March 20, 2009, Plaintiffs Francisco Cervantes, José López, Ramón Ramos, and Jorge López (collectively, "Plaintiffs") served upon Defendants Liu Cheng, Inc., dba Mandarin Gourmet, Scott Lin, Cheng Li Chin, Lin Jean, and Liu Hai Ping (collectively, "Defendants") their First Set of Interrogatories and First Set of Requests for Production of Documents;

WHEREAS on April 17, 2009, Defendants served upon Plaintiffs their Responses and Objections to Plaintiffs' Interrogatories and Requests for Production of Documents;

WHEREAS on August 9, 2009, Plaintiffs filed a Motion to Compel Further Responses to Interrogatories, a Motion to Compel Production of Documents, and a Motion for Sanctions;

WHEREAS on August 25, 2009, Defendants filed an Opposition to Plaintiffs' Motions to Compel Responses to Interrogatories and Production of Documents, and accompanying Motion for Sanctions;

WHEREAS on September 3, 2009, this Court issued an Interim Order re Plaintiffs' Motions to Compel Production of Documents, Answers to Interrogatories and for Sanctions in which the Court ordered that the hearing on Plaintiffs' Motions to Compel Responses to Interrogatories and Production of Documents would be continued to October 6, 2009, and that the hearing on Plaintiffs' accompanying Motion for Sanctions would be continued to November 3, 2009, (*see* Interim Order, Sep. 3, 2009 at 1);

WHEREAS in its September 3, 2009 Interim Order, the Court further ordered that the parties "meet and confer *in person* regarding the discovery requests at issue in the motions to compel production of documents and to compel answers to interrogatories," (*id*. at 1);

WHEREAS in its September 3, 2009 Interim Order, the Court further ordered that, "no later than September 22, 2009, Defendants shall file a supplemental opposition brief that addresses each and every document request and interrogatory that remains in dispute after the parties' meet and confer," (*id*. at 1-2);

WHEREAS in its September 3, 2009 Interim Order, the Court further ordered that, no later than September 29, 2009, the parties shall submit a "protective order to govern the handling of confidential information," and that "[i]n light of this protection, no information relevant to this action may be withheld from discovery solely on grounds of privacy and/or confidentiality,"

(*id*. at 2);

WHEREAS on September 17, 2009, the parties met and conferred in person regarding all discovery requests at issue in Plaintiffs' Motions to Compel Responses to Interrogatories and Production of Documents;

WHEREAS on September 21, 2009, the parties met and conferred again regarding the discovery requests at issue in Plaintiffs' Motions to Compel Responses to Interrogatories and Production of Documents;

WHEREAS the parties presently appear to have resolved the dispute by agreeing to a timetable for exchange of further discovery to take place by October 16, 2009, to include amendment of various discovery requests and responses;

WHEREAS the agreed exchange pertains to a significant amount of new evidence heretofore not identified, reviewed, or exchanged;

WHEREAS in light of this agreed exchange, Defendants have agreed to presently withhold from filing any further opposition to the pending Motions and Plaintiffs have agreed, in principle, upon satisfaction of their pending discovery requests, that they shall withdraw the pending Motions; and

WHEREAS the parties have further agreed that on October 21, 2009, they shall meet and confer once again regarding all outstanding discovery requests and responses at issue.

THE PARTIES NOW THEREFORE STIPULATE AND AGREE AS FOLLOWS:

1) The deadline for Defendants to file a supplemental opposition brief that addresses each and every document request and interrogatory that remains in dispute after the parties' October 21, 2009 meet-and-confer shall be extended to and including October 27, 2009;

2) The deadline for Plaintiffs' reply shall be extended to and including November 3, 2009;

3) The hearing on Plaintiffs' Motions to Compel Responses to Interrogatories and

Production of Documents and accompanying Motion for Sanctions shall be continued to November 10, 2009; and

4) Nothing in this Stipulation shall be construed so as to limit or prejudice any party's rights to make or oppose any motion or application in the future.

Respectfully submitted,

DATED: September 22, 2009

Adam Wang
LAW OFFICES OF ADAM WANG

/s/ Adam Wang
Attorneys for Plaintiffs
FRANCISCO CERVANTES
JOSE LOPEZ
RAMON RAMOS
JORGE LOPEZ

DATED: September 22, 2009

D. Austin Hare
NASSIRI & JUNG LLP

/s/ D. Austin Hare
Attorneys for Defendants
LIU CHENG, INC.,
dba MANDARIN GOURMET
SCOTT LIN
CHENG LI CHIN
LIN JEAN
LIU HAI PING

IT IS SO ORDERED.

Dated: 10/2/09

Patricia V. Trumbull
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE