1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   FRANCISCO CERVANTES, et al.,           )        Case No.: C 08-3817 JW (PVT)
                                            )
13                    Plaintiffs,           )        **ORDER GRANTING PLAINTIFFS'**
                                            )        **MOTIONS TO COMPEL FURTHER**
14          v.                              )        **RESPONSES TO INTERROGATORIES AND**
                                            )        **PRODUCTION OF DOCUMENTS**
15   LIU CHENG, INC. dba MANDARIN           )
     GOURMENT, et al.,                      )
16                                          )
                      Defendants.           )
17   _____    )

18          On September 3, 2009, the court issued an interim order regarding Plaintiffs' motion to

19   compel answers to interrogatories and production of documents.  The parties have completed their

20   meet and confer, Defendant provided some further responses and documents, and the parties have

21   submitted their supplemental briefing.  Having reviewed the papers submitted by the parties, the

22   court finds it appropriate to issue this order without oral argument.  Based on the briefs and

23   declarations submitted by the parties,

24          IT IS HEREBY ORDERED that  Plaintiffs' motion to compel is GRANTED as to Document

25   Request No. 1.  Timecards and other payroll records are relevant to Plaintiffs' claims for unpaid

26   overtime under the Fair Labor Standards Act, 29 U.S.C.A. section 201 et seq. ("FLSA").  In its

27   opposition papers, Defendant fails to explain or justify its failure to produce all documents

28   responsive to this Document Request.  If Defendant does not have any time records for any portion

1  of relevant time period from August 11, 2004 through the present, Defendant shall so state in a

2  verified response.

3      IT IS FURTHER ORDERED that Plaintiffs' motion to compel is GRANTED as to

4  Interrogatory No. 2.  However, Defendant may elect to provide complete time records for each

5  Plaintiff from August 11, 2004 through the present instead of writing out all the days and hours each

6  Plaintiff worked.  If Defendant does not have time records for any portion of relevant time period,

7  and does not now have any information regarding how many hours a Plaintiff actually worked during

8  that period of time, Defendant shall so state in its verified response.

9      IT IS FURTHER ORDERED that Plaintiffs' motion to compel is GRANTED as to

10  Interrogatory No. 4, except that Defendant need only state the amount of gross pay Defendant paid

11  each Plaintiff for each pay period from August 11, 2004 through the present.  The amount Defendant

12  paid each Plaintiff for each pay period is relevant to Plaintiffs' claims for unpaid overtime under the

13  FLSA.  Defendant has not shown that responding to this interrogatory imposes an undue burden on

14  it.   If Defendant does not now have any information regarding the gross pay it paid a Plaintiff for

15  any particular pay periods during that time frame, Defendant shall so state in its verified response.

16      IT IS FURTHER ORDERED that Plaintiffs' motion to compel is GRANTED as to

17  Interrogatory No. 5.  Information regarding how Defendant calculated Plaintiffs' pay is relevant to

18  Plaintiffs' claims for unpaid overtime under the FLSA.  Defendant has not shown that responding to

19  this interrogatory imposes an undue burden on it.

20      IT IS FURTHER ORDERED that Plaintiffs' motion to compel is GRANTED as to

21  Document Request No. 2.  Payroll records and cash payment records are relevant to Plaintiffs'

22  claims for unpaid overtime under the FLSA, and Defendant has not explained or justified its failure

23  to produce all documents responsive to this Document Request.

24      IT IS FURTHER ORDERED that  Plaintiffs' motion to compel is GRANTED as to

25  Interrogatory No. 20.  Defendant's annual gross revenue is relevant to the issue of whether

26  Defendant is subject to the requirements of FOIA.  Defendant's reference to various documents it

27  produced is insufficient, because the interrogatory directs Defendant to include amounts not reported

28  in its accounting books or tax returns.  Only a written answer to this interrogatory will inform

1    Plaintiffs whether or not Defendant had any additional revenue that is not included in those records.

2           IT IS FURTHER ORDERED that Plaintiffs' motion to compel is GRANTED as to

3    Document Request No. 9.  Defendant's tax returns are relevant to the issue of whether Defendant is

4    subject to the requirements of FOIA.  Defendant has not explained or justified its production of tax

5    returns for only three of the four years requested (2008, 2007 and 2006, but not 2005).  Thus,

6    Defendant must produce its tax returns for 2005.

7           IT IS FURTHER ORDERED that Defendant shall comply with this order no later than

8    November 20, 2009.

9    Dated: *11/6/09*

10

11                                              PATRICIA V. TRUMBULL
                                                 United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28