**ADAM WANG (BAR NO. 201233)**
**ADAM PEDERSEN (BAR NO. 261091)**
**LAW OFFICES OF ADAM WANG**
12 S First Street, Suite 708
San Jose, CA 95113
Tel: 408-292-1040
Fax: 408-416-0268
adamqwang@gmail.com

**Attorneys for Plaintiffs**

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED / Judge James Ware]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **CERVANTES, et. al.,**<br>Plaintiff,<br>vs.<br>**LIU CHENG INC., et. al.,**<br>Defendants. | Case No.: **5:08-cv-03817-JW**<br><br>**STIPULATION TO REFER MATTER TO AN EARLY SETTLEMENT CONFERENCE; AND [PROPOSED] ORDER THEREON** |

The parties through their respective counsel hereby request that this Court refer them to an Early Settlement Conference before a Magistrate Judge within forty-five (45) days of entry of this Order or as soon thereafter as the schedule of the assigned Magistrate Judge will allow.

The Court-ordered discovery deadline has run. At this point, the parties have conducted extensive discovery. The facts on the records, although not devoid of disputes, are sufficiently developed to facilitate the parties' engagement in final efforts for settlement before the parties begin preparations for trial, which inevitably would be intensive and time consuming and would drive up costs and fees on both sides.

The parties have also engaged in a court-sponsored mediation. At mediation, much progress was made toward settlement, although resolution of the matter was not ultimately achieved. It is clear to both sides that if this matter does not settle promptly, trial will be imminent.

Given that extensive time and effort has already been invested in this matter, and that undoubtedly much more will be spent in preparation for trial, the parties agree that now is the time to push toward settlement in this matter.  Further, given that the parties were able to make progress toward resolution of the matter during the mediation, they are optimistic that an agreement will be reached at the settlement conference.

Therefore, the parties request that an Early Settlement Conference be scheduled within forty-five (45) days of entry of this Order.

Respectfully submitted,

Dated: November 3, 2009

By:     /s/Adam Wang
        ADAM WANG
        Attorney for Plaintiffs

Dated: November 3, 2009

By:     /s/ D. Austin Hare
        D. AUSTIN HARE
        Attorney for Defendants

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, and pursuant to the parties' stipulation and ADR Local Rule 7-2, IT IS HEREBY ORDERED that this matter be referred to an Early Settlement Conference before the Magistrate Judge Trumbull.  Within ten (10) days from the date of this Order the parties shall contact Judge Trumbull's Chambers to schedule their conference.

Dated:  November 19, 2009            _____
                                     JAMES WARE
                                     United States District Judge

STIPULATION AND PROPOSED ORDER FOR A SETTLEMENT CONFERENCE