ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261091
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0268
adamqwang@gmail.com

Attorneys for Plaintiffs

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
3/29/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CERVANTES, et. al.,<br>Plaintiff,<br>       vs.<br><br>LIU CHENG INC., et. al.,<br>Defendants. | **Case No.:  5:08-cv-03817-JW**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; AND [~~PROPOSED~~] ORDER THEREON** |

All parties to this case hereby stipulate and request that the Court dismiss this case with prejudice as follows:

    1.    On January 22, 2010, the parties reached a settlement at a Settlement Conference before the Honorable Howard R. Lloyd;

    2.    The parties hereby agree and stipulate to dismiss this case in its entirety with prejudice, with each party to bear its own fees and costs; and

    The Clerk shall close this file.

    Respectfully submitted,

Dated: March 9, 2010

                                              By:    /s/Adam Wang
                                                      ADAM WANG
                                                      Attorney for Plaintiffs

STIPULATION FOR DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: March 9, 2010 | By: /s/ D. Austin Hare |
| 2 | | D. AUSTIN HARE |
| | | Attorney for Defendants |
| 3 | | |
| 4 | Dated: March 11, 2010 | By: _____ |
| 5 | | SCOTT LIN |
| | | for Defendant LIU CHENG, INC. |
| 6 | | |
| 7 | Dated: March 11, 2010 | By: _____ |
| | | Defendant SCOTT LIN |
| 8 | | |
| 9 | Dated: March 11, 2010 | By: _____ |
| | | Defendant LIU HAI PING |
| 10 | | |
| | Dated: March 11, 2010 | By: _____ |
| 11 | | Defendant CHENG LI CHIN |
| 12 | Dated: March 12, 2010 | By: _____ |
| | | Defendant JEAN HUNG |
| 13 | | |

[PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: March 29, 2010        By: _____
                                 JAMES WARE
                                 United States District Judge

Page 2
STIPULATION FOR DISMISSAL